1

2

3

4 **UNITED STATES DISTRICT COURT**

5 **DISTRICT OF NEVADA**

6

7 EVIE OQUENDO, )
 )
8 Plaintiff, )     Case No. 2:11-cv-00698-RCJ-PAL
 )
9 vs. )     **ORDER**
 )
10 LAS VEGAS METROPOLITAN POLICE )
 DEPARTMENT, *et al.,* )
11 )
 Defendants. )
12 _____ )

13       The court entered a Discovery Plan and Scheduling Order (Dkt. #10) for this case on July 21,

14 2011.  The order established November 28, 2011, as the discovery cutoff, as well as other case

15 management deadlines consistent with the provisions of LR 26-1(e).  A subsequent Order (Dkt. #14)

16 was entered granting an extension of discovery cutoff to March 27, 2012, as well as extending other

17 scheduling deadlines.

18       Pursuant to the direction of the District Judge in this case that trial be set on the trial stack

19 closest to 120 days after the close of discovery,

20       **IT IS ORDERED** the trial date in this matter is set for Tuesday, August 7, 2012, at 9:00 a.m.,

21 with calendar call on Monday, July 30, 2012, at 8:30 a.m., before Judge Robert C. Jones.

22       Dated this 6th day of December, 2011.

23

24 _____
 Peggy A. Leen
25 United States Magistrate Judge

26

27

28