UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| EVIE OQUENDO, | Case No. 2:11-cv-00698-MMD-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to Local Rule 16-5 and the Court's Civil Standing Order, it is ordered that the parties schedule a settlement conference with the Magistrate Judge within fifteen (15) days from the date of this Order.

DATED THIS 21st day of December 2012.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE