UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EVIE OQUENDO, | Case No. 2:11-cv-00698-MMD-PAL |
| Plaintiff, | ORDER |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendants. | |

The Court previously denied Defendants' motion for summary judgment on qualified immunity grounds. (Dkt. no. 56.) The Ninth Circuit Court of Appeals reversed, finding that the Court erred in denying summary judgment. (Dkt. no. 61.) Accordingly, the Court grants Defendants' motion for summary judgment based on qualified immunity.[1] The Clerk is directed to enter judgment in Defendants' favor and close this case.

DATED THIS 17th day of September 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] The Court declines to address the parties' dispute as to whether Plaintiff has a viable state law claim. (Dkt. no. 66.)